UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREN MICHAEL BRIN,

            Plaintiff,

   v.

KING COUNTY et al.,

            Defendants.

CASE NO. 2:26-cv-01498-JNW

ORDER DENYING MOTION FOR
RECONSIDERATION

Plaintiff Darren Michael Brin moves for reconsideration of this Court's order denying his motion for a temporary restraining order. Dkt. No. 17. "Motions for reconsideration are disfavored," LCR 7(h)(1), and "'should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law.'" *Marlyn Natraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)). "Whether or not to grant reconsideration is committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

ORDER DENYING MOTION FOR RECONSIDERATION - 1

Brin's motion reasserts the same arguments regarding the January 5, 2026, writ of execution, that the Court has previously rejected. None of these arguments meet the standard for reconsideration: Brin has not presently newly discovered evidence, demonstrated clear error, or identified an intervening change in controlling law. On review of the record, the Court is satisfied that it applied the correct legal standards and did not err.

Accordingly, Brin's motion for reconsideration is DENIED. Dkt. No. 17.

Dated this 18th day of May, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2